IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| BETH RICHMOND, Personal Representative of the Estate of JASON RICHMOND, Deceased, | No. 3:16-cv-01936-PK<br><br>ORDER |
| Plaintiff, | |
| v. | |
| CHRYSLER GROUP LLC, a Delaware Foreign limited liability company, and JAKE SWEENEY CHRYSLER JEEP DODGE, INC., an Ohio corporation, | |
| Defendants. | |

HERNÁNDEZ, District Judge:

Magistrate Judge Paul Papak issued a Findings & Recommendation [9] on December 2, 2016, recommending that Defendant Sweeney's Motion to Dismiss for Lack of Personal Jurisdiction [3] be granted, and Defendant Chrysler's Motion to Dismiss or Transfer for Improper Venue [5] be denied. Chrysler has timely filed objections [11] to the Findings &

1 – ORDER

Recommendation. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

When a party objects to any portion of the Magistrate Judge's Findings & Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); Dawson v. Marshall, 561 F.3d 930, 932 (9th Cir. 2009); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

I have carefully considered Defendant's objections and conclude there is no basis to modify the Findings & Recommendation. I have also reviewed the pertinent portions of the record *de novo* and find no errors in the Magistrate Judge's Findings & Recommendation.

## CONCLUSION

The Court ADOPTS Magistrate Judge Papak's Findings & Recommendation [11], and therefore, Defendant Sweeney's Motion to Dismiss [3] is GRANTED, and Defendant Chrysler's Motion to Dismiss or Transfer for Improper Venue [5] is DENIED.

IT IS SO ORDERED.

DATED this 10 day of March, 2017.

_____
MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER