IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BETH RICHMOND,　　　　　　　　　　　　　　　No. 3:16-cv-1936-PK

　　　　　　Plaintiff,　　　　　　　　　　　　　　　ORDER

　　　　v.

CHRYSLER GROUP LLC and JAKE
SWEENEY CHRYSLER JEEP DODGE
INC.,

　　　　　　Defendants.

HERNÁNDEZ, District Judge:

　　　　Magistrate Judge Paul Papak issued a Findings and Recommendation ("F&R") [34] on March 27, 2018, in which he recommends that the Court grant Defendant Chrysler Group LLC's ("FCA")[1] Motion for Summary Judgment [23].

　　　　Because neither party timely filed an objection to the Magistrate Judge's F&R, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d

---

[1] The entity that Plaintiff identifies as "Chrysler Group LLC" is properly denominated as "FCA US LLC."

1 – ORDER

1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

CONCLUSION

The Court ADOPTS Magistrate Judge Papak's F&R [34]. Accordingly, Defendant FCA's Motion for Summary Judgment [23] is GRANTED and this case is DISMISSED.

IT IS SO ORDERED.

DATED this 4 day of May, 2018.

_____
MARCO A. HERNÁNDEZ
United States District Judge